UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDI NICOLE DIONNE,

    Plaintiff,

v.                                                Case No. 8:21-cv-2962-SCB-SPF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

    This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration. (Doc. 1). This complaint was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Flynn has filed his report recommending that the Commissioner's decision be reversed and remanded for further administrative proceedings. (Doc. 17). The parties were afforded the opportunity to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), but no objections were filed.

    Upon consideration of the Report and Recommendation, as well as this Court's independent examination of the record, it is determined that the Report and

Recommendation (Doc. 17) should be adopted. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. 17) is adopted and incorporated by reference in this Order.

(2) The Commissioner's decision is **REVERSED**.

(3) This case is remanded for further proceedings with directions to: (a) re-evaluate whether work exists in significant numbers that Plaintiff can perform given her RFC, specifically finding whether the number of floor waxer and auto detailer jobs, separately and/or collectively, constitute a significant number of jobs; and (b) take any other necessary action.

(4) The Clerk is directed to enter judgment in favor of Plaintiff and to **CLOSE** the case.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of February 2023.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record